Chicago City Bank and Trust Company, conservator of the estate of Rose Bush, insane, appellee, v. William Kaufman and Sophia Kaufman, appellants. Gen. No. 36,520.

Opinion filed July 2, 1934.

Sabath, Perlman, Goodman & Rein, for appellants. Wells & Liddell, for appellee; Lauritz P. Hwass and Henry L. Wells, of counsel.

Mr. Justice Matchett delivered the opinion of the court.

Frank E. Scholl, appellee, v. G. A. Ackermann Printing Company, Inc., appellant. Gen. No. 37,046.

Opinion filed July 2, 1934.

Mayer, Meyer, Austrian & Platt and Frank W. Sullivan, for appellant; Henry Heineman, of counsel. Walter E. Moss, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Joseph LaRosa, appellee, v. National Fire Insurance Company of Hartford, Connecticut, appellant. Gen. No. 37,102.

Opinion filed July 2, 1934.

Hicks & Folonie, for appellant. Abner Goldenson, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

Joseph Lukis, appellee, v. Bruno R. Drake and Cicero State Bank, defendants. James L. Corcoran, intervenor, on appeal of Bruno R. Drake and James L. Corcoran, appellants. Gen. No. 37,372.

Opinion filed July 2, 1934.

Frederick A. Gariepy and Owen Rall, for appellants. T. Fred Laramie, for appellee.

Mr. Justice Matchett delivered the opinion of the court.